UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

FILED ELECTRONICALLY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| JAMES MASTERMAN | ) | Case No. 16-32652(2) |
| MARZENA MASTERMAN | ) | |
| Debtors | ) | Chapter 7 |
| | ) | |
| | ) | |
| JAMES MASTERMAN | ) | AP No. 17-3010 |
| MARZENA MASTERMAN | ) | |
| Plaintiffs | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| DEPARTMENT OF THE TREASURY | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| Defendant | ) | |
| _____ | ) | |

## **AGREED ORDER RESOLVING ADVERSARY PROCEEDING**

The Defendant, the United States of America, through its agency and instrumentality the Department of the Treasury -- Internal Revenue Service, by counsel, and the Plaintiffs, James and Marzena Masterman ("Debtors"), by counsel, stipulate and agree that:

1. On August 29, 2016, Debtors filed a Chapter 13 Bankruptcy Petition for relief in this Court. The case was later converted to a Chapter 7 on or about September 13, 2016.

2. On January 28, 2017, Debtors filed this action against the United States seeking a determination of the dischargeability of certain Federal income taxes owed by Debtors.

3.     Debtors' Federal income tax liabilities for the 2008 tax year are not excepted from discharge under 11 U.S.C. §§ 523(a)(1) and 507(a)(7) and are subject to discharge under 11 U.S.C. § 727.

4.     The Debtors and the United States agree that any notices of federal tax liens recorded by the United States, including but not limited to (1) the Notice of Federal Tax Lien recorded with the Oldham County Clerk on or about May 23, 2012 in Lien Book 106, Page 428, and (2) the Notice of Federal Tax Lien recorded with the Jefferson County Clerk on or about March 15, 2010 in LB 1145, Page 648, survive discharge, and the United States reserves its right to pursue its lien interests against the Debtors' prepetition property.

5.     The adversary proceeding is DISMISSED WITHOUT PREJUDICE, with each party to bear its own costs, including attorney's fees.

IT IS SO ORDERED.

TENDERED BY:

JOHN E. KUHN, JR.
United States Attorney


s/ Katherine A. Bell_____
Katherine A. Bell
Assistant United States Attorney
717 West Broadway
Louisville, Kentucky 40202
Phone: (502) 582-5094
Fax: (502) 625-7110
katherine.bell@usdoj.gov


HAVE SEEN AND AGREED:


s/ James H. Lawson (w/ consent)
James H. Lawson
Attorney for Plaintiff
115 S. Sherrin Avenue, Unit #4
Louisville, KY 40207
james@kyconsumerlaw.com